Case 3:98-cr-00333-O  Document 463  Filed 06/13/05  Page 1 of 1  PageID 28

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 13 2005

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-98-CR-0333-T(07) |
| | § | NO. 3-05-CV-0915-B |
| SANTIAGO GUADALUPE CARRANZA | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SIGNED this 13th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE